**Alba Yaneth CALDERON–HERNANDEZ, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 10–71467.**

United States Court of Appeals, Ninth Circuit.

Submitted May 15, 2012.*

Filed May 23, 2012.

Saad Ahmad, Fremont, CA, for Petitioner.

Puneet Cheema, Daniel Eric Goldman, Esquire, Senior Litigation Counsel, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of The Chief Counsel Department Of Homeland Security, San Francisco, CA, for Respondent.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: CANBY, GRABER, and M. SMITH, Circuit Judges.

MEMORANDUM **

Alba Yaneth Calderon–Hernandez, a native and citizen of Guatemala, petitions for review of the Board of Immigration Appeals' order dismissing her appeal from an immigration judge's decision denying her motion to reopen removal proceedings conducted in absentia. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Hamazaspyan v. Holder*, 590 F.3d 744, 747 (9th Cir.2009), and we deny the petition for review.

The agency was within its discretion in denying Calderon–Hernandez's motion to reopen for failure to establish that "exceptional circumstances" caused her absence from her scheduled hearing. *See* 8 U.S.C. § 1229a(e)(1); *Celis–Castellano v. Ashcroft*, 298 F.3d 888, 892 (9th Cir.2002).

Calderon–Hernandez's remaining contentions are unavailing.

**PETITION FOR REVIEW DENIED.**

OIL, Dara Smith, Trial, David V. Bernal, Assistant Director, Jennifer Paisner Williams, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, GRABER, and M. SMITH, Circuit Judges.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

